UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )
                                )
      v.                        )      Case No. 1:25-cr-00137-SNLJ-ACL
                                )
MATTHEW RUSSELL DOWDY,          )
                                )
            Defendant.          )

## MEMORANDUM AND ORDER

This matter is before the Court on defendant's Motions to Suppress Evidence [Doc. 28] and Statements [Doc. 29].  Pursuant to 28 U.S.C. § 636(b), the matter was referred to United States Magistrate Judge Abbie Crites-Leoni, who issued a Report and Recommendation recommending that the motions be denied [Doc. 38].  The time to file objections has expired, and the matter is therefore ripe for disposition.

This Court's review of the Report and Recommendation is governed by 28 U.S.C. § 636 and Federal Rule of Civil Procedure 72. After a full review of the record and briefing, this Court adopts, sustains, and incorporates herein the well-reasoned Report and Recommendation in its entirety and denies defendant's motions.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge Abbie Crites-Leoni [Doc. 38], filed May 13, 2026, is **SUSTAINED**, **ADOPTED**, and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that defendant's Motion to Suppress Evidence

[Doc. 28] is **DENIED**.

      **IT IS FURTHER ORDERED** that defendant's Motion to Suppress Statements [Doc. 29] is **DENIED**.

      **SO ORDERED** on this 16th day of June, 2026.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE