UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:25-cr-00137-SNLJ-ACL |
| | ) | |
| MATTHEW RUSSELL DOWDY, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on defendant's Motion to Dismiss Indictment [Doc. 30].  Pursuant to 28 U.S.C. § 636(b), the matter was referred to United States Magistrate Judge Abbie Crites-Leoni, who issued a Report and Recommendation recommending that the motion be denied [Doc. 39].  The time to file objections has expired, and the matter is therefore ripe for disposition.

This Court's review of the Report and Recommendation is governed by 28 U.S.C. § 636 and Federal Rule of Civil Procedure 72. After a full review of the record and briefing, this Court adopts, sustains, and incorporates herein the well-reasoned Report and Recommendation in its entirety and denies defendant's motion.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge Abbie Crites-Leoni [Doc. 39], filed May 13, 2026, is **SUSTAINED**, **ADOPTED**, and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that defendant's Motion to Indictment [Doc. 30] is

**DENIED**.

**SO ORDERED** on this 16th day of June, 2026.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE